# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Holt Healthcare Management Services, Inc.

                        Plaintiff,

v.                                        Case No.: 1:18−cv−08318

                                            Honorable Sharon Johnson Coleman

Medloop, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 18, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to the stipulation of dismissal [28], this case is dismissed with prejudice as to plaintiff's individual claims, and without prejudice as to plaintiff's class claims. Each party to bear its own costs. Status hearing set for 8/19/2019 is stricken. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.